No. 72–190. SMITH ET AL. *v.* BOARD OF EDUCATION, INDEPENDENT SCHOOL DISTRICT No. 1, TULSA COUNTY, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Keyes* v. *School District No. 1, ante,* p. 189. MR. JUSTICE WHITE took no part in the consideration or decision of this case.

No. 72–1446. UNITED STATES *v.* PALLADINO ET AL. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would deny certiorari. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would grant the petition, vacate the judgment, and remand case for further proceedings not inconsistent with his dissent in *Paris Adult Theatre I* v. *Slaton, ante,* p. 73. See *Miller* v. *California, ante,* p. 47.